UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA ELIZONDO,<br><br>Defendant. | Case No. CR-11-211-E-BLW<br><br>**REPORT AND RECOMMENDATION** |

On October 11, 2011, Defendant Christina Elizondo appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Defendant executed a written waiver of the right to have the presiding United States District Judge take his change of plea. The Defendant also executed a written waiver of the right to be charged by Indictment. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Information **(Docket No. 1)**, the maximum penalties applicable, her constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, her counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the

consequences, and that the plea should be accepted.

## RECOMMENDATION

Based upon the foregoing, the Court being otherwise fully advised in the premises, the Court **hereby RECOMMENDS that:**

1) The District Court accept **Defendant Christina Elizondo's** plea of guilty to Count One of the Information (Dkt. 1), and that a pre-sentence report be ordered.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.



DATED: **October 11, 2011.**

_____
Honorable Larry M. Boyle
United States Magistrate Judge